UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.S.M., *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,<br>                    Defendants. | Case No. 20-cv-705-EK-RLM<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTION BY PLAINTIFFS FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiffs, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment; the Declarations of Tasha N. Thompson, Neil Steinkamp, Todd Silverblatt, and all exhibits and attachments thereto; and Plaintiffs' Local Civil Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue To Be Tried filed herewith, respectfully move this Court for an order granting summary judgment to Plaintiffs on Defendants' liability for violations of the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq*.  The reasons supporting this motion are set forth in the concurrently-filed Memorandum of Law.

Plaintiffs further request that the Court award in conjunction with this motion such other and further relief as the Court deems just and proper.

Date of Service:  May 26, 2022

| | |
|---|---|
| /s/*Danielle F. Tarantolo* | /s/*William B. Monahan* |
| Danielle F. Tarantolo | William B. Monahan |
| Laura Davis | Jessica M. Klein |
| Kate L. Fetrow | Amanda J. Mayo |
| Jessica L. Selecky | Tasha N. Thompson |
| NEW YORK LEGAL ASSISTANCE GROUP | SULLIVAN & CROMWELL LLP |
| 100 Pearl St., 19th Fl. | 125 Broad Street |
| New York, New York 10004 | New York, New York 10004 |
| Telephone:  (212) 613-6551 | Telephone:  (212) 558-4000 |
| | |
| *Co-Counsel for Plaintiffs* | *Co-Counsel for Plaintiffs* |