UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

J.S.M., *et al.*,

                                        *Plaintiffs*,

                -against-                         No. 20 CV 705 (EK)(SJB)

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                                        *Defendants*.

------------------------------------------------------------------------ x

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
## UNDER 28 U.S.C. § 1715

**TAKE NOTICE** that Defendants New York City Department of Education, Melissa Aviles-Ramos,[1] New York State Education Department, and Betty A. Rosa[2] (collectively, "Defendants") hereby provide the notice required by the Class Action Fairness Act of 2005, codified at 28 U.S.C. § 1715(b), regarding the above-captioned class action in the United States District Court for the Eastern District of New York, before the Honorable Eric R. Komitee.

---

[1] By operation of Rule 25(d) of the Federal Rules of Civil Procedure, Melissa Aviles-Ramos, who is currently serving as Chancellor of the New York City Department of Education, has been substituted in the place of Richard A. Carranza, who was named as a defendant in his official capacity in the Amended Complaint as the then-Chancellor.

[2] By operation of Rule 25(d) of the Federal Rules of Civil Procedure, Betty A. Rosa, who is currently serving as Commissioner of the New York State Education Department, has been substituted in the place of Shannon Tahoe, who was named as a defendant in her official capacity in the Amended Complaint as the then-Commissioner.

Accordingly, pursuant to 28 U.S.C. § 1715(b), appended hereto please find the following exhibits:

- **Exhibit A**: Complaint, dated February 7, 2020, (ECF No. 1), and the exhibits attached thereto, pursuant to 28 U.S.C. § 1715(b)(1);

- **Exhibit B**: Amended Complaint, dated March 20, 2020, (ECF No. 21), and the exhibits attached thereto, pursuant to 28 U.S.C. § 1715(b)(1);

- **Exhibit C**: a proposed Notice to class members of the proposed settlement, filed on November 1, 2024, (ECF No. 194-2), pursuant to 28 U.S.C. § 1715(b)(3); and

- **Exhibit D**: a Stipulation of Settlement as to All Claims Against All Defendants, (ECF No. 194-1), dated October 25, 2024, pursuant to 28 U.S.C. § 1715(b)(4).

**TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1715(b)(2), the Court has directed that the parties appear for a status conference in this action on **November 21, 2024, at 10:30 a.m.** in Courtroom 6G North of the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201.

**TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1715(b)(3)(A)(ii), no class member has the right to request exclusion from the class under the terms of the proposed settlement.

**TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1715(b)(7)(B), Defendants estimate the number of class members residing in each of the respective states, *infra*, as follows:

- State of Arizona – Fewer than 10;
- State of Connecticut – Fewer than 10;
- State of Florida – Fewer than 10;
- State of Illinois – Fewer than 10;
- Commonwealth of Massachusetts – Fewer than 10;
- State of New Jersey – Fewer than 10;
- State of New York – Fewer than 15,000;
- State of North Carolina – Fewer than 10;
- State of Utah – Fewer than 10; and
- State of Vermont – Fewer than 10.

It is not feasible for Defendants to estimate the proportionate share of claims of such members to the entire settlement. However, Defendants note that no money damages are sought in the Amended Complaint and that the proposed settlement does not contemplate the payment of any money damages to class members. The Stipulation of Settlement provides only for injunctive relief for a class certified under Rule 23(b)(2) of the Federal Rules of Civil Procedure and for the payment of costs and attorneys' fees.

Dated: November 8, 2024
New York, New York

| | |
|---|---|
| **LETITIA JAMES** <br> *Attorney General* <br> *State of New York* <br> Attorney for Defendants New York State Education Department and Betty A. Rosa <br> 28 Liberty Street <br> New York, NY 10005 <br> t: (212) 416-8635 <br> e: mark.ferguson@ag.ny.gov <br><br> By:  */s/ Mark R. Ferguson* <br>       MARK R. FERGUSON <br>       *Assistant Attorney General* | **MURIEL GOODE-TRUFANT** <br> *Acting Corporation Counsel of the City of New York* <br> Attorney for Defendants New York City Department of Education and Melissa Aviles-Ramos <br> 100 Church Street <br> New York, New York 10007 <br> t: (212) 356-1958 <br> e: erihiatt@law.nyc.gov <br><br> By:  */s/ Eric B. Hiatt* <br>       ERIC B. HIATT <br>       *Assistant Corporation Counsel* |

To: ***Via First-Class Mail***
The Honorable Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001

Office of the Attorney General
State of Arizona
2005 N Central Ave
Phoenix, AZ 85004

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050

Office of the Attorney General
State of Illinois
500 S 2nd St
Springfield, IL 62701

Office of the Attorney General
Commonwealth of Massachusetts
Attn: CAFA Coordinator/General Counsel's Office
1 Ashburton Pl
Boston, MA 02108

Office of the Attorney General
State of New Jersey
Richard J. Hughes Justice Complex
8th Floor, West Wing
25 Market Street
Trenton, NJ 08625-0080

Office of the Attorney General
State of New York
28 Liberty St
New York, NY 10005

Office of the Attorney General
State of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Office of the Attorney General
State of Utah
Utah State Capitol Complex
350 N State St, Ste 230
Salt Lake City, UT 84114-2320

Office of the Attorney General
State of Vermont
Attn: CAFA
109 State St
Montpelier, VT 05601

***Via electronic mail***
Office of the Attorney General
State of Connecticut
[ag.cafa@ct.gov](ag.cafa@ct.gov)