**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J.S.M., *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,<br>       Defendants. | Case No. 20-cv-705-EK-RLM |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

    PLEASE TAKE NOTICE, that upon Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, the declaration of William B. Monahan, the supplemental declaration of Danielle F. Tarantolo, and the exhibits attached thereto, Plaintiffs, on behalf of a class of similarly situated individuals, by their attorneys, will move this Court before the Honorable Eric R. Komitee, United States District Judge, at United States Courthouse for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York, following the April 11, 2025 Fairness Hearing, for an order (i) granting final approval of the parties' Modified Stipulation of Settlement, (ii) granting Class Counsel's request for attorneys' fees and costs, and (iii) for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       March 28, 2025

                Respectfully submitted,

| /s/ *Danielle F. Tarantolo* | /s/ *William B. Monahan* |
|---|---|
| Danielle F. Tarantolo | William B. Monahan |
| Kate L. Fetrow | Jessica M. Klein |
| Jessica L. Selecky | SULLIVAN & CROMWELL LLP |
| NEW YORK LEGAL ASSISTANCE GROUP | 125 Broad Street |
| 100 Pearl Street, 19th Floor | New York, New York 10004 |
| New York, New York 10004 | Telephone: (212) 558-4000 |
| Telephone: (212) 613-6551 | |
| *Co-Counsel for Plaintiffs* | *Co-Counsel for Plaintiffs* |