April 10, 2025

<u>Via ECF</u>

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *J.S.M. et al. v. New York City Department of Education et al.*, No. 20-cv-705

Dear Judge Komitee:

      Plaintiffs write, on behalf of all parties, to provide this Court with an executed copy of the Modified Stipulation of Settlement in advance of the Fairness Hearing in the above-captioned case, scheduled for tomorrow, April 11, 2025, at 10:00 am, pursuant to this Court's Preliminary Approval Order. (Dkt. No. 196 at 4.) The attached Modified Stipulation of Settlement is identical to Exhibit 4 of the Supplement Declaration of Danielle Tarantolo in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees (Dkt. Nos. 201-3, 201-7), except that this version has been executed by all Parties, and the date has been revised to reflect the date of execution.

      Plaintiffs respectfully request that the Court enter the attached Final Approval of this Modified Stipulation of Settlement for the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees (Dkt. No. 201-1), pursuant to the attached Proposed Order of Final Approval of Class Action Settlement and Award of Attorneys' Fees. This attached Proposed Order is substantively identical to the proposed order attached to Plaintiffs' Motion for Final Approval (Dkt. No. 201-9), except the title of that document has been corrected to read "Proposed Order of Final Approval of Class Action Settlement and Award of Attorneys' Fees."

      Respectfully submitted,

| | |
|---|---|
| */s/ Danielle F. Tarantolo* | */s/ William B. Monahan* |
| Danielle F. Tarantolo | William B. Monahan |
| Kate L. Fetrow | Jessica M. Klein |
| Jessica L. Selecky | SULLIVAN & CROMWELL LLP |
| NEW YORK LEGAL ASSISTANCE GROUP | 125 Broad Street |
| 100 Pearl Street, 19th Floor | New York, New York 10004 |
| New York, New York 10004 | Telephone: (212) 558-4000 |
| Telephone: (212) 613-6551 | |
| | *Co-Counsel for Plaintiffs* |
| *Co-Counsel for Plaintiffs* | |